## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **MORAYMA BJERKE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  3:15-CV-00220 |
| | § | |
| **VVS, INC., d/b/a VVS CANTEEN,** | § | |
| | § | |
| Defendant. | § | |

### AGREED MOTION TO TRANSFER VENUE

Plaintiff Morayma Bjerke ("Plaintiff") and Defendant VVS, Inc. d/b/a VVS Canteen ("VVS" or "Defendant") file this Agreed Motion to Transfer Venue to the United States District Court for the Northern District of Texas, Amarillo Division pursuant to 28 U.S.C. § 1404(a).  This Agreed Motion replaces the Motion to Transfer Venue previously filed by Defendant on August 24, 2015.

This case should have been filed in the Northern District of Texas, Amarillo Division as it has no legitimate connection to the El Paso Division.  The parties respectfully request that the Court transfer this case to the Northern District of Texas, Amarillo Division.

Respectfully submitted,

*/s/ William L. Davis*
William L. Davis
Attorney-in-Charge
State Bar No. 05563800
DavisW@jacksonlewis.com
Allyson L. Johnson
State Bar No. 24054005
Johnsona@jacksonlewis.com
500 N. Akard, Suite 2500
Dallas, TX 75201
PH: (214) 520-2400
FX: (214) 520-2008

**ATTORNEYS FOR DEFENDANT**

**-and-**

*/s/ Raymond D. Martinez*
Raymond D. Martinez
State Bar No. 24002537
Raymond@martinezlawyers.com
MARTINEZ & MARTINEZ LAW FIRM, PLLC
730 E. Yandell Drive
El Paso, Texas 79902
PH: (915) 541-1000
FX: (915) 541-1002

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, on August 26, 2015, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Raymond D. Martinez
MARTINEZ & MARTINEZ LAW FIRM, PLLC
730 E. Yandell Drive
El Paso, Texas 79902
Raymond@martinezlawyers.com

*/s/ William L. Davis*
William L. Davis