IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MORAYMA BJERKE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 2:15-CV-00275-J |
| | § | |
| VVS INC., | § | |
| Defendant. | § | |

## ORDER

Local Rule 83.10, Requirement of Local Counsel, states:

a. **Local Counsel Required.** Unless exempted by LR 83.11, local counsel is required in all cases where an attorney appearing in a case does not reside or maintain an office in this district. "Local counsel" means a member of the bar of this court who resides or maintains an office within 50 miles of the division in which the case is pending. Attorneys desiring to proceed without local counsel must obtain leave from the presiding judge. If the request for leave is denied, written designation of local counsel must be filed within 14 days of the denial.

b. **Duties of Local Counsel.** Local counsel must be authorized to present and argue a party's position at any hearing called by the presiding judge on short notice. Local counsel must also be able to perform, on behalf of the party represented, any other duty required by the presiding judge or the local rules of this court.

Plaintiff is ordered to designate local counsel within ten (10) days from the date of this Order.

It is SO ORDERED.

Signed this the 24th day of September, 2015.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE