IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MORAYMA BJERKE, | § | |
| Plaintiff, | § | |
| v. | § | NO. 2:15-CV-00275-J |
| VVS INC., | § | |
| Defendant. | § | |

### ORDER

On September 24, 2015, this Court ordered Plaintiff to comply with the requirements of Local Rule 83.10 by designating local counsel within ten (10) days of the date of the order. It has now been three weeks since the date of the order and Plaintiff has still not designated local counsel. Plaintiff is ordered to immediately comply with this Court's September 24, 2015 order.

It is SO ORDERED.

Signed this the  16th  day of October, 2015.

S/ Mary Lou Robinson
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE